FILED
CLERK, U.S. DISTRICT COURT

05/27/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: ____DC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> EDWARD OCHOA, JR. ) <br> Defendant. ) | Case No.: 5:26-MJ-00364-DUTY <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Southern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ☑ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    ☑ information in the Pretrial Services Report and Recommendation

    ☑ information in the violation petition and report(s)

    ☐ the defendant's nonobjection to detention at this time

    ☐ other: _____

1

and/ or

B. ☐   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

☐   information in the Pretrial Services Report and Recommendation

☐   information in the violation petition and report(s)

☐   the defendant's nonobjection to detention at this time

☐   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/27/2026

ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE

2